# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHRISTOPHER H. CRAWFORD**                                                 **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:15CV231 HTW-LRA**

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the plaintiff in the above-styled and numbered cause that failure to file a written objection to the findings and recommendations contained therein within fourteen (14) days from the date of filing. This court, finding that there has been no submission of a written objection by plaintiff, hereby adopts said Report and Recommendation as the order of this court, and dismisses plaintiff's complaint without prejudice for failure to prosecute his case.

**SO ORDERED, THIS THE 30th DAY OF October, 2015.**

                                                  **s/ HENRY T. WINGATE**
                                                  **UNITED STATES DISTRICT JUDGE**